UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| and | ) No.: 3:14-CV-441-TAV-HBG |
| LINDA K. ATKINS, | ) ) ) |
| Intervening Plaintiff, | ) ) ) |
| v. | ) ) ) |
| DOLGENCORP, LLC d/b/a DOLLAR GENERAL CORP., | ) ) ) ) |
| Defendant. | ) |

## VERDICT FORM

### September 16, 2016

1. Have plaintiffs proven by a preponderance of the evidence that defendant discriminated against Ms. Atkins because of her disability by failing to provide her with a reasonable accommodation, in violation of the Americans with Disabilities Act?

    __✓__ Yes    _____ No

2. Have plaintiffs proven by a preponderance of the evidence that defendant discriminated against Ms. Atkins by terminating her because of her disability, in violation of the Americans with Disabilities Act?

    __✓__ Yes    _____ No

3.  If you answered "Yes" to Question 1 or 2, answer questions (a) through (c) below. If you answered "No" to Questions 1 and 2, please have your foreperson sign and return this verdict form.

   a.  What amount of back pay, if any, is Ms. Atkins entitled to?

   $ 27,565.44

   b.  What amount of compensatory damages, if any, is Ms. Atkins entitled to?

   $ 250,000.00

   c.  Have plaintiffs proven by a preponderance of the evidence that defendant acted with malice or reckless indifference to Ms. Atkins's federally protected rights under the Americans with Disabilities Act?

   _____ Yes       ✓ No

[Have your foreperson sign and date this verdict form, and notify the Court Security Officer that you have reached a verdict.]

9-16-16
Date

**SIGNATURE REDACTED**
Foreperson