

**Gibson**

606 W. MAIN STREET, SUITE 350  P.O. BOX 1709
KNOXVILLE, TENNESSEE  37901-1709
865-546-7477   800-562-5802   FAX 865-546-7440
WWW.GIBSONREPORTERS.COM

Jennifer B. Morton
Law Office of Jennifer B. Morton
8217 Pickens Gap Rd.
Knoxville TN  37920

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 81536 | 2/16/2016 | 54742 |
| Job Date | Case No. | |
| 2/10/2016 | 3:14-cv-00441 | |
| Case Name | | |
| EEOC and Linda Atkins v Dollar General | | |
| Payment Terms | | |
| | | |

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Linda K. Atkins                                                            252.00  Pages                              491.40
      Black & White - 8 1/2 x 11                                  55.00  Pages                               19.25
      Postage - Regular Mail                                                                                        9.50
      Document Scanning                                             55.00  Pages                                8.25

                                                                           TOTAL DUE  >>>                   $528.40

Please reference invoice number on check.
Invoice reflects one half of document scanning fee.
Thank You.

252 x $1.95 = 491.40 + 55.00 x $0.15= 8.25------------------------------------------------$499.65

---

**Tax ID:** 62-1451587                                                                                   Phone: 865-579-0708   Fax:865-579-0787

*Please detach bottom portion and return with payment.*

Jennifer B. Morton                                                   Invoice No.     :  81536
Law Office of Jennifer B. Morton                          Invoice Date    :  2/16/2016
8217 Pickens Gap Rd.                                            **Total Due**      :  $ 528.40
Knoxville TN  37920

 

Job No.          :  54742
BU ID             :  1-MAIN
**Remit To:  Gibson Court Reporting**                  Case No.        :  3:14-cv-00441
            **P.O. Box 1709**                                         Case Name    :  EEOC and Linda Atkins v Dollar General
            **Knoxville TN  37901-1709**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 134036 | 2/29/2016 | 115392 |

| Job Date | Case No. | |
|---|---|---|
| 2/23/2016 | 3:14-ccv-00441 | |

| Case Name |
|---|
| EEOC vs. Dolgencorp, LLC |

| Payment Terms |
|---|
| Due upon receipt |

**VOWELL, JENNINGS & Huseby**
(800) 641-9390    www.vowelljennings.com

Anica C. Jones, Esq
EEOC Memphis District Office
1407 Union Avenue
Suite 900
Memphis, TN  38104

1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Jeri West | 129.00 Pages | @ | 2.30 | 296.70 |
|    Exhibit | 4.00 Pages | @ | 0.25 | 1.00 |
|    Electronic Service Charge | | | 40.00 | 40.00 |
|    Document Repository | | | 20.00 | 20.00 |
| Jeri West - appearance | | | | |
|    Hourly | 3.00 Hours | @ | 35.00 | 105.00 |

**TOTAL DUE >>>    $462.70**

Adjustment to remove electronic svc chg and repository fee--------------------------------------------------- $402.70

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752                                                                                           Phone:        Fax:901-544-0111

*Please detach bottom portion and return with payment.*

---

Anica C. Jones, Esq
EEOC Memphis District Office
1407 Union Avenue
Suite 900
Memphis, TN  38104

| | | | |
|---|---|---|---|
| Job No. | : 115392 | BU ID | : VJH |
| Case No. | : 3:14-ccv-00441 | | |
| Case Name | : EEOC vs. Dolgencorp, LLC | | |
| Invoice No. | : 134036 | Invoice Date | : 2/29/2016 |
| **Total Due** | **: $462.70** | | |

Remit To:   **Huseby, Inc.**
           **P.O. Box 602928**
           **Charlotte, NC  28260-2928**

**PAYMENT WITH CREDIT CARD**   MasterCard  VISA

A 3% fee will be added to the 'Amount to Charge' to offset our processing costs

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:

# INVOICE

**Gibson** COURT REPORTING

606 W. MAIN STREET, SUITE 350  P.O. BOX 1709
KNOXVILLE, TENNESSEE  37901-1709
865-546-7477   800-562-5802   FAX 865-546-7440
WWW.GIBSONREPORTERS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 81643 | 2/29/2016 | 54814 |
| Job Date | Case No. | |
| 2/25/2016 | 3:14-cv-00441 | |
| Case Name | | |
| EEOC and Linda Atkins v Dollar General | | |
| Payment Terms | | |
| Due upon receipt | | |

Anica Jones
United States Equal Employment Opportunity Commission
220 Athens Way, Suite 350
Nashville TN  37228

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| Scott Strange | 223.00 Pages | 981.20 |
| 7 Hours Attendance | | 200.00 |
| Document Scanning | 64.00 Pages | 9.60 |
| | **TOTAL DUE >>>** | **$1,190.80** |

Please reference invoice number on check.  Thank You.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Amended Totals

223 pages x $3.65/page =   $   807.26
7 hours attendance               200.00
Document scanning (exhibits)
@ 64 pages x $0.15/page            9.60
                                 _____
                              $ 1016.86

**Tax ID:** 62-1451587                    Phone: 615-736-2105   Fax:615-736-2107

*Please detach bottom portion and return with payment.*

---

Anica Jones
United States Equal Employment Opportunity Commission
220 Athens Way, Suite 350
Nashville TN  37228

| | |
|---|---|
| Invoice No. | : 81643 |
| Invoice Date | : 2/29/2016 |
| **Total Due** | **: $ 1,190.80** |

**Remit To:** **Gibson Court Reporting**
          **P.O. Box 1709**
          **Knoxville TN  37901-1709**

| | |
|---|---|
| Job No. | : 54814 |
| BU ID | : 1-MAIN |
| Case No. | : 3:14-cv-00441 |
| Case Name | : EEOC and Linda Atkins v Dollar General |

# Gibson
## COURT REPORTING

606 W. MAIN STREET, SUITE 350  P.O. BOX 1709
KNOXVILLE, TENNESSEE  37901-1709
865-546-7477   800-562-5802   FAX 865-546-7440
WWW.GIBSONREPORTERS.COM

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 81645 | 2/29/2016 | 54815 |
| Job Date | Case No. | |
| 2/26/2016 | 3:14-cv-00441 | |
| Case Name | | |
| EEOC and Linda Atkins v Dollar General | | |
| Payment Terms | | |
| Due upon receipt | | |

Anica Jones
United States Equal Employment Opportunity
Commission
220 Athens Way, Suite 350
Nashville TN  37228

| | | |
|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
|    Matthew Irwin | 144.00 Pages | 633.60 |
|       Postage - Regular Mail | | 25.00 |
|       4 Hours Attendance | | 140.00 |
|       Document Scanning | 17.00 Pages | 2.55 |
| | **TOTAL DUE  >>>** | **$801.15** |

Please reference invoice number on check.  Thank You.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Amended Totals

144 pages x $3.65/page =     $ 525.60

4 hours attendance              140.00

Document scanning (exhibits)

@ 17 pages x $0.15/page          2.55
                              _____
                              $ 668.15

**Tax ID:** 62-1451587

Phone: 615-736-2105   Fax:615-736-2107

*Please detach bottom portion and return with payment.*

Anica Jones
United States Equal Employment Opportunity
Commission
220 Athens Way, Suite 350
Nashville TN  37228

| | | |
|---|---|---|
| Invoice No. | : | 81645 |
| Invoice Date | : | 2/29/2016 |
| **Total Due** | : | **$ 801.15** |

**Remit To:** **Gibson Court Reporting**
          **P.O. Box 1709**
          **Knoxville TN  37901-1709**

| | | |
|---|---|---|
| Job No. | : | 54815 |
| BU ID | : | 1-MAIN |
| Case No. | : | 3:14-cv-00441 |
| Case Name | : | EEOC and Linda Atkins v Dollar General |



# Huseby.com

Corporate Headquarters
1230 West Morehead St, Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 156228 | 9/8/2016 | 135839 |
| **Job Date** | **Case No.** | |
| 9/1/2016 | 3:14-ccv-00441 | |

**Case Name**

Equal Employment Opportunity Commission, et al. vs. Dolgencorp, LLC

**Payment Terms**

Due upon receipt, after 30 days 1.5% fee

Markeisha K. Savage, Esq.
US Equal Opportunity Employment Commission
1407 Union Avenue
Suite 900
Memphis, TN 38104

1 COPY OF TRANSCRIPT OF:
    Katharine W. Kores                                        184.00 Pages @ 2.75     506.00
        Exhibit                                               24.00 Pages @ 0.25       6.00
        Electronic Service Charge                                               40.00          40.00
        Document Repository                                                        20.00          20.00

                                                                                   **TOTAL DUE  >>>**       **$572.00**

$506.00 + 6.00---------------------------------------------------------------------------------Total due>>>>>>>>>>>>>>     $512.00

Thank you for choosing Huseby!

Effective June 1, 2016 a finance charge of 1.5% per month will be applied to past due balances over 30 days from original invoice date.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752                                                                                                                  Phone:     Fax:901-544-0111

*Please detach bottom portion and return with payment.*

---

Markeisha K. Savage, Esq.
US Equal Opportunity Employment Commission
1407 Union Avenue
Suite 900
Memphis, TN 38104

Job No.       : 135839          BU ID       : VJH
Case No.     : 3:14-ccv-00441
Case Name : Equal Employment Opportunity Commission, et al. vs. Dolgencorp, LLC
Invoice No. : 156228        Invoice Date : 9/8/2016
**Total Due : $ 572.00**

Remit To: **Huseby, Inc.**
             P.O. Box 602928
             Charlotte, NC 28260-2928

**PAYMENT WITH CREDIT CARD**      VISA
A 3% fee will be added to the 'Amount to Charge' to offset our processing costs
Cardholder's Name:
Card Number:
Exp. Date:             Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:



Corporate Office
Allied Investigative Services
P.O. Box 1421
Florence, AL 35631
888-366-1550

# Invoice

| Date | Invoice # |
|---|---|
| 9/13/2016 | 9395 |

| Bill To |
|---|
| EEOC Memphis District Office<br>Nancy J Kincaide<br>1407 Union Ave<br>Suite 900<br>Memphis, Tn 38104 |

| Description | | Amount | |
|---|---|---|---|
| Rush Service on Teresa Thayer    301 McGee Street   Maryville, Tn          9.1.16<br>Case#3:14.cv.00441 | | $55.00 | 125.00 |
| Rush Service on Joel Scott Strange   112 Chancellors Lane  Knoxville, Tn       8.30.16 @ 5:21pm | | $55.00 | 95.00 |
| Rush Service on Sandra Viefeld    311 Levi Street   Maryville, Tn         8.30.16 @ 6:40pm | | $55.00 | 125.00 |
| Rush Service on Donna Kestler    718 Holton Road  Maryville, Tn         9.1.16 | | $55.00 | 125.00 |
| Rush Service on Mary Jane Ray    1701 Kimberlin Heights Road  Kimberlin Heights, Tn    9.1.16 | | $55.00 | 125.00 |
| Rush Service on Wando Shown    719 Ramsey Road  Maryville, Tn       Unable to make contact<br>Attempted to locate at multiple addresses<br>5 hours--4 addresses    Discounted | | $55.00 | 250.00 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The above rates are adjusted to $55.00 per service to conform to the rate
of service had the U.S. Marshal performed the service.

It's been a pleasure working with you!

**Total**  $330.00   ~~$845.00~~

| Phone # | E-mail | |
|---|---|---|
| 256-366-1554 | alliedinvestigativeservices@hotmail.com | Web Site |
| Fax #<br>256-764-0886 | | alliedinvestigativeservices.com |