

**Gibson**

606 W. MAIN STREET, SUITE 350  P.O. BOX 1709
KNOXVILLE, TENNESSEE  37901-1709
865-546-7477   800-562-5802   FAX 865-546-7440
WWW.GIBSONREPORTERS.COM

Jennifer B. Morton
Law Office of Jennifer B. Morton
8217 Pickens Gap Rd.
Knoxville TN  37920

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 81536 | 2/16/2016 | 54742 |
| Job Date | Case No. | |
| 2/10/2016 | 3:14-cv-00441 | |
| Case Name | | |
| EEOC and Linda Atkins v Dollar General | | |
| Payment Terms | | |
|  | | |

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Linda K. Atkins                                      252.00 Pages                 491.40
      Black & White - 8 1/2 x 11                  55.00 Pages                   19.25
      Postage - Regular Mail                                                               9.50
      Document Scanning                               55.00 Pages                    8.25

                                                                 TOTAL DUE  >>>                      $528.40

Please reference invoice number on check.
Invoice reflects one half of document scanning fee.
Thank You.

252 x $1.95 = 491.40 + 55.00 x $0.15= 8.25---------------------------------------------------$499.65

**Tax ID:** 62-1451587                                                                 Phone: 865-579-0708   Fax: 865-579-0787

*Please detach bottom portion and return with payment.*

Jennifer B. Morton                          Invoice No.    : 81536
Law Office of Jennifer B. Morton            Invoice Date   : 2/16/2016
8217 Pickens Gap Rd.                        **Total Due**      : **$ 528.40**
Knoxville TN  37920

                                            Job No.        : 54742
**Remit To: Gibson Court Reporting**        BU ID          : 1-MAIN
           **P.O. Box 1709**           Case No.       : 3:14-cv-00441
           **Knoxville TN  37901-1709** Case Name      : EEOC and Linda Atkins v Dollar General

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 134036 | 2/29/2016 | 115392 |

| Job Date | Case No. | |
|---|---|---|
| 2/23/2016 | 3:14-ccv-00441 | |

| Case Name |
|---|
| EEOC vs. Dolgencorp, LLC |

| Payment Terms |
|---|
| Due upon receipt |

**VOWELL, JENNINGS & Huseby**
(800) 641-9390  www.vowelljennings.com

Anica C. Jones, Esq
EEOC Memphis District Office
1407 Union Avenue
Suite 900
Memphis, TN  38104

---

1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Jeri West | 129.00 | Pages | @ | 2.30 | 296.70 |
| Exhibit | 4.00 | Pages | @ | 0.25 | 1.00 |
| Electronic Service Charge | | | | 40.00 | 40.00 |
| Document Repository | | | | 20.00 | 20.00 |
| Jeri West - appearance | | | | | |
| Hourly | 3.00 | Hours | @ | 35.00 | 105.00 |

**TOTAL DUE   >>>**       **$462.70**

Adjustment to remove electronic svc chg and repository fee---------------------------------------------------- $402.70

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752                                                                                     Phone:        Fax:901-544-0111

*Please detach bottom portion and return with payment.*

---

Anica C. Jones, Esq
EEOC Memphis District Office
1407 Union Avenue
Suite 900
Memphis, TN  38104

| | | | |
|---|---|---|---|
| Job No. | : 115392 | BU ID | : VJH |
| Case No. | : 3:14-ccv-00441 | | |
| Case Name | : EEOC vs. Dolgencorp, LLC | | |
| Invoice No. | : 134036 | Invoice Date | : 2/29/2016 |
| **Total Due** | : **$462.70** | | |

Remit To:    **Huseby, Inc.**
             **P.O. Box 602928**
             **Charlotte, NC  28260-2928**

**PAYMENT WITH CREDIT CARD**              MasterCard  VISA
A 3% fee will be added to the 'Amount to Charge' to offset our processing costs
Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                   Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 81643 | 2/29/2016 | 54814 |
| Job Date | Case No. | |
| 2/25/2016 | 3:14-cv-00441 | |
| Case Name | | |
| EEOC and Linda Atkins v Dollar General | | |
| Payment Terms | | |
| Due upon receipt | | |

**Gibson**
COURT REPORTING
606 W. MAIN STREET, SUITE 350 P.O. BOX 1709
KNOXVILLE, TENNESSEE 37901-1709
865-546-7477  800-562-5802  FAX 865-546-7440
WWW.GIBSONREPORTERS.COM

Anica Jones
United States Equal Employment Opportunity
Commission
220 Athens Way, Suite 350
Nashville TN  37228

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| Scott Strange | 223.00 Pages | 981.20 |
| 7 Hours Attendance | | 200.00 |
| Document Scanning | 64.00 Pages | 9.60 |
| | **TOTAL DUE >>>** | **$1,190.80** |

Please reference invoice number on check.  Thank You.

*************************

Amended Totals

223 pages x $3.65/page =   $   807.26
7 hours attendance              200.00
Document scanning (exhibits)
@ 64 pages x $0.15/page          9.60
                              _____
                          $ 1016.86

---

**Tax ID:** 62-1451587

Phone: 615-736-2105   Fax:615-736-2107

*Please detach bottom portion and return with payment.*

---

Anica Jones
United States Equal Employment Opportunity
Commission
220 Athens Way, Suite 350
Nashville TN  37228

Invoice No.   : 81643
Invoice Date  : 2/29/2016
**Total Due**   : **$ 1,190.80**

**Remit To: Gibson Court Reporting**
**P.O. Box 1709**
**Knoxville TN  37901-1709**

Job No.    : 54814
BU ID      : 1-MAIN
Case No.   : 3:14-cv-00441
Case Name  : EEOC and Linda Atkins v Dollar General

# INVOICE

## Gibson
### COURT REPORTING
606 W. MAIN STREET, SUITE 350  P.O. BOX 1709
KNOXVILLE, TENNESSEE  37901-1709
865-546-7477   800-562-5802   FAX 865-546-7440
WWW.GIBSONREPORTERS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 81645 | 2/29/2016 | 54815 |
| Job Date | Case No. | |
| 2/26/2016 | 3:14-cv-00441 | |
| Case Name | | |
| EEOC and Linda Atkins v Dollar General | | |
| Payment Terms | | |
| Due upon receipt | | |

Anica Jones
United States Equal Employment Opportunity
Commission
220 Athens Way, Suite 350
Nashville TN  37228

| | | |
|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Matthew Irwin | 144.00 Pages | 633.60 |
| Postage - Regular Mail | | 25.00 |
| 4 Hours Attendance | | 140.00 |
| Document Scanning | 17.00 Pages | 2.55 |
| **TOTAL DUE >>>** | | **$801.15** |

Please reference invoice number on check.  Thank You.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Amended Totals

144 pages x $3.65/page =    $  525.60

4 hours attendance              140.00

Document scanning (exhibits)

@ 17 pages x $0.15/page          2.55
                              _____
                              $  668.15

**Tax ID:** 62-1451587

Phone: 615-736-2105   Fax:615-736-2107

*Please detach bottom portion and return with payment.*

---

Anica Jones
United States Equal Employment Opportunity
Commission
220 Athens Way, Suite 350
Nashville TN  37228

Invoice No.   :  81645
Invoice Date  :  2/29/2016
**Total Due** :  **$ 801.15**

Job No.    :  54815
BU ID      :  1-MAIN
Case No.   :  3:14-cv-00441
Case Name  :  EEOC and Linda Atkins v Dollar General

**Remit To:  Gibson Court Reporting**
       **P.O. Box 1709**
       **Knoxville TN  37901-1709**



# Huseby.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 156228 | 9/8/2016 | 135839 |
| **Job Date** | **Case No.** | |
| 9/1/2016 | 3:14-ccv-00441 | |
| **Case Name** | | |
| Equal Employment Opportunity Commission, et al. vs. Dolgencorp, LLC | | |
| **Payment Terms** | | |
| Due upon receipt, after 30 days 1.5% fee | | |

Markeisha K. Savage, Esq.
US Equal Opportunity Employment Commission
1407 Union Avenue
Suite 900
Memphis, TN 38104

1 COPY OF TRANSCRIPT OF:

    Katharine W. Kores      184.00 Pages @ 2.75    506.00
       Exhibit      24.00 Pages @ 0.25    6.00
       Electronic Service Charge      40.00    40.00
       Document Repository      20.00    20.00

**TOTAL DUE >>>**    **$572.00**

$506.00 + 6.00---------------------------------------------------------------------------------Total due>>>>>>>>>>>>>>    $512.00

Thank you for choosing Huseby!

Effective June 1, 2016 a finance charge of 1.5% per month will be applied to past due balances over 30 days from original invoice date.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752      Phone:    Fax:901-544-0111

*Please detach bottom portion and return with payment.*

Markeisha K. Savage, Esq.
US Equal Opportunity Employment Commission
1407 Union Avenue
Suite 900
Memphis, TN 38104

Job No. : 135839    BU ID : VJH
Case No. : 3:14-ccv-00441
Case Name : Equal Employment Opportunity Commission, et al. vs. Dolgencorp, LLC
Invoice No. : 156228    Invoice Date : 9/8/2016
**Total Due : $ 572.00**

Remit To: **Huseby, Inc.**
         P.O. Box 602928
         Charlotte, NC 28260-2928

**PAYMENT WITH CREDIT CARD**    VISA
A 3% fee will be added to the 'Amount to Charge' to offset our processing costs
Cardholder's Name:
Card Number:
Exp. Date:    Phone#:
Billing Address:
Zip:    Card Security Code:
Amount to Charge:
Cardholder's Signature: