

**Corporate Office**
Allied Investigative Services
P.O. Box 1421
Florence, AL 35631
888-366-1550

# Invoice

| Date | Invoice # |
|---|---|
| 9/13/2016 | 9395 |

| Bill To |
|---|
| EEOC Memphis District Office<br>Nancy J Kincaide<br>1407 Union Ave<br>Suite 900<br>Memphis, Tn 38104 |

| Description | | Amount | |
|---|---|---|---|
| Rush Service on Teresa Thayer  301 McGee Street  Maryville, Tn  9.1.16 | | $55.00 | 125.00 |
| Case#3:14.cv.00441 | | | |
| Rush Service on Joel Scott Strange  112 Chancellors Lane  Knoxville, Tn  8.30.16 @ 5:21pm | | $55.00 | 95.00 |
| Rush Service on Sandra Viefeld  311 Levi Street  Maryville, Tn  8.30.16 @ 6:40pm | | $55.00 | 125.00 |
| Rush Service on Donna Kestler  718 Holton Road  Maryville, Tn  9.1.16 | | $55.00 | 125.00 |
| Rush Service on Mary Jane Ray  1701 Kimberlin Heights Road  Kimberlin Heights, Tn  9.1.16 | | $55.00 | 125.00 |
| Rush Service on Wando Shown  719 Ramsey Road  Maryville, Tn  Unable to make contact | | $55.00 | 250.00 |
| Attempted to locate at multiple addresses | | $55.00 | |
| 5 hours--4 addresses  Discounted | | | |

******************************

The above rates are adjusted to $55.00 per service to conform to the rate
of service had the U.S. Marshal performed the service.

It's been a pleasure working with you!

**Total** $330.00  ~~$845.00~~

| Phone # | E-mail | |
|---|---|---|
| 256-366-1554 | alliedinvestigativeservices@hotmail.com | Web Site |
| Fax # | | |
| 256-764-0886 | | alliedinvestigativeservices.com |